**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

NESTOR RIVERA-COLÓN,

Plaintiff,

v.                                                CIVIL NO. 16-2045 (GAG)

MIGUEL A. TORRES-DÍAZ, et al.,

Defendants.

**JUDGMENT**

Pursuant to this Court's order at Docket No. 69 granting Defendants' motion to dismiss, **JUDGMENT** is hereby entered **DISMISSING with prejudice** all federal claims against Defendants and **DISMISSING without prejudice** all Puerto Rico state law claims against Defendants.

**SO ORDERED.**

In San Juan, Puerto Rico this 17th day of May, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge